JONG YUN KIM (SBN 272176)
**LAW OFFICES OF JONG YUN KIM**
3600 WILSHIRE BLVD., SUITE 2226
LOS ANGELES, CA 90010
TEL. (213) 351-9400
FAX. (213) 736-6514
EMAIL. JONGKIMLAW@HOTMAIL.COM

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park**, | Case No.: **2:19-cv-10985-E** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **3705 Firestone Blvd, LLC**, a California limited liability company; and Does 1-10 inclusive, | |
| Defendant | |

NOTICE OF SETTLEMENT

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL
2  OF RECORD:

3      In accordance with the Court's Standing Order, and Local Rule 16-15.7, Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 10 days in which to file the dismissal.

                              Respectfully submitted,

                              **LAW OFFICES OF JONG YUN KIM**

Dated: May 1, 2020                By: /s/ Jong Yun Kim
                                          Jong Yun Kim, Esq.
                                          Attorney for Plaintiff