LAW OFFICES OF JONG YUN KIM
JONG YUN KIM, ESQ. (SBN 272176)
3600 WILSHIRE BLVD., SUITE 2226
LOS ANGELES, CA 90010
TEL. (213) 351-9400
FAX. (213) 736-6514
EMAIL. JONGKIMLAW@HOTMAIL.COM

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park**, <br><br> Plaintiff, <br><br> vs. <br><br> **3705 Firestone Blvd, LLC**, a California limited liability company; **Fast Auto Loans, Inc.**, a California corporation; and Does 1-10 inclusive, <br><br> Defendant | Case No.: **2:19-cv-10985-E** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff and her counsel of record voluntarily dismiss this lawsuit against Defendants 3705 Firestone, LLC and Fast Auto Loans, Inc.  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

    Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated: June 10, 2020    By: /Jong Yun Kim/
    Jong Yun Kim, Esq.
    Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL